1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CAROL A. SECKEL,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

)
)
)
)
)
)
)
)
)
)
)

NO.  CV-07-265-CI

**JUDGMENT IN A
 CIVIL CASE**

**DECISION BY THE COURT:**

  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that:

  Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

  DATED this 15th day of September, 2008.

         JAMES R. LARSEN
         District Court Executive/Clerk

         s/ L. Stejskal
         Deputy Clerk